ORIGINAL

FILED

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

MAY 1 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
BERNADETTE FRANKS-ONGOY FOR
WAIVER OF MULTISTATE PROFESSIONAL
RESPONSIBILITY EXAMINATION

O R D E R

Bernadette Franks-Ongoy has petitioned the Court for waiver of the requirement to take and pass the Multistate Professional Responsibility Examination (MPRE) for purposes of Franks-Ongoy's intended admission upon motion to the State Bar of Montana. By rule, "[a]ll applicants for admission to the State Bar of Montana must pass the Multistate Professional Responsibility Examination." *Rule VII, Rules for Admission to the Bar of Montana.* Franks-Ongoy is a member of the Hawaii State Bar but apparently has not previously taken the MPRE. While the Court routinely waives the requirement that the MPRE be taken and passed within three years of the application for admission, *Rule VII(A), Rules for Admission,* for applicants who have previously taken the exam, the Court is unable to waive the MPRE requirement altogether. Therefore,

IT IS HEREBY ORDERED that the petition of Bernadette Franks-Ongoy for waiver of the requirement to pass the MPRE for purposes of admission by motion to the State Bar of Montana is DENIED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 16 day of May, 2023.

_____
Chief Justice

_____

Justices